IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **GRANT C. McDOUGALL** and **PEGGY E. McDOUGALL,** : : : **Plaintiffs,** : : v. : : **ASI HOME INSURANCE CORP.,** : : **Defendant.** : | **CASE NO: 1:25-cv-10–WLS** |

## ORDER

Presently before the Court is the Parties' Joint Notice of Settlement (Doc. 41) ("Motion"). Therein, the Parties notify the Court that they have agreed to settle this case. The Parties are in the process of finalizing the settlement documents and indicate they expect to file a dismissal of all claims within thirty (30) days once they have completed settlement. The Parties request that the Court stay all deadlines in this lawsuit pending completion of settlement.

For good cause, the Motion (Doc. 41) is **GRANTED**. All pending deadlines, if any, are stayed pending further order of the Court. To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a joint stipulation of dismissal of all claims by **no later than Tuesday, February 17, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

Further, as the Parties represent they have settled all claims pending in this case, Defendant's Motion for Summary Judgment (Doc. 30) is **DENIED** as **MOOT, WITHOUT PREJUDICE**.

**SO ORDERED**, this 15th day of January 2026.

                                                                     **/s/W. Louis Sands**
                                                                     **W. LOUIS SANDS, SR. JUDGE**
                                                                     **UNITED STATES DISTRICT COURT**